ond Circuit denied.  *Mr. Wilbur W. Chambers* for petitioner.  *Mr. Joseph M. Proskauer* for respondent.

No. 433.  TERMINAL RAILROAD ASSOCIATION *v.* MILLER, ADMINISTRATRIX.  November 9, 1942.  Petition for writ of certiorari to the Supreme Court of Missouri denied.  *Messrs. Carleton S. Hadley, Louis A. McKeown,* and *Arnot L. Sheppard* for petitioner.  *Messrs. Mark D. Eagleton* and *Roberts P. Elam* for respondent.

No. 434.  SWEENEY *v.* PATTERSON, TRADING AS THE WASHINGTON TIMES-HERALD, ET AL.  November 9, 1942.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.  *Messrs. John O'Connor* and *William F. Cusick* for petitioner.  *Messrs. R. H. Yeatman, O. Max Gardner, Edgar Turlington,* and *Morris L. Ernst* for respondents.

No. 443.  INDIANA GAS & CHEMICAL CORP. *v.* KENTUCKY NATURAL GAS CORP.  November 9, 1942.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Messrs. Paul Y. Davis* and *Frank C. Dailey* for petitioner.  *Messrs. Harry T. Ice* and *Merle H. Miller* for respondent.

No. 413.  CALIFORNIA EX REL. McCOLGAN *v.* BRUCE. November 9, 1942.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Earl Warren,* Attorney General of California, and